UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 22-62019-CIV-SINGHAL

CUSTOM PIPE DESIGN, INC.,

    Plaintiff

v.

A 2022 43' FREEMAN, Hull no. IGG43006A222, *in rem,*
and BRENDA HAMILTON, *in personam*,

    Defendant.

_____/

## ORDER PERMITTING SURVEY OF ARRESTED VESSEL

**THIS CAUSE** is before the Court on Plaintiff's Motion to Permit Survey of Arrested Vessel (DE [17]). Upon review of the motion and the record, and being fully advised in the premises, it is hereby

**ORDERED** that Plaintiff's Motion (DE [17]) is **GRANTED**. Plaintiff's marine surveyor is permitted to immediately survey the Vessel in its place while in the care and custody of the substitute custodian. Plaintiff shall bear the cost of this survey. The surveyor is permitted to board, photograph, inspect, and otherwise survey the Vessel, including the functionality of its components, electronics, gear, tackle, and appurtenances. In the event Defendant provides security for the release of the Vessel before said survey can practicably occur, Plaintiff's surveyor shall be permitted to survey the Vessel by no later than 12:00 pm EST on Wednesday, November 16, 2022, before the Vessel will be released.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of

November 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Substitute Custodian
U.S. Marshal